DEAN PROBER, ESQ. #106207
HOMAN MOBASSER, ESQ. #251426
PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Blvd., Suite 100
Woodland Hills, CA  91364
Telephone: (818) 227-0100
Facsimile: (818) 227-0637
Email: dprober@pralc.com
D.087-128

Attorneys for Plaintiff
United States of America

E-FILED 8/7/15
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-cv-06196-PSG(JCx) |
| ) | |
| Plaintiff, ) | **[PROPOSED] CONSENT** |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| SHAHNAZ M. BARHAGHI AKA ) | |
| SHAHNAZ BARHAGHI, ) | |
| ) | |
| Defendant. ) | |

   THE COURT, having reviewed the Stipulation for Entry of Consent Judgment between the United States of America ("Plaintiff") on behalf of its agency, the Department of Education, and SHAHNAZ M. BARHAGHI AKA SHAHNAZ BARHAGHI, defendant herein ("Defendant"), and it appearing that

the United States of America is entitled to entry of a judgment against Defendant, and good cause existing.

IT IS ORDERED, ADJUDGED, AND DECREED that the United States of America shall have judgment against Defendant SHAHNAZ M. BARHAGHI AKA SHAHNAZ BARHAGHI as follows:

1. Defendant owes to the United States the sum of $92,513.73, consisting of the principal balance of $34,908.34; interest accrued to July 30, 2015 of $54,724.19; costs of $186.70 and attorneys fees of $2,694.50;

2. The United States and Defendant have mutually agreed and it is hereby adjudged to reduce the total sum owed to $70,000.00 ("Judgment"), with no accruing interest, payable at $100 per month beginning August 15, 2015 and continuing thereafter on the 15th of every month until the Judgment is paid off.  In the event Defendant defaults on payment of the Judgment, Defendant agrees that United States can file an ex parte application to the Judgment adjusted to the amounts in paragraph 1 as set forth herein less any payments made to United States.

///

///

///

3. Each party to this Action shall bear its own costs.

IT IS SO ORDERED.

DATED: 8/7/15

PHILIP S. GUTIERREZ
_____
UNITED STATES DISTRICT JUDGE